

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUIS MANUEL COLLADO | : | CIVIL ACTION |
| v. | : | |
| MIGUEL SORIANO<br>KIM KING | : | NO. 15-4247 |

## ORDER

AND NOW, this 5th day of August, 2015, upon consideration of plaintiff's motion for leave to proceed *in forma pauperis* and his pro se complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED for lack of subject matter jurisdiction.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

_____
WENDY BEETLESTONE, J.

ENTERED
AUG 05 2015
CLERK OF COURT